IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: : <br> Kyocera cellular phone Black Kyocera cellular phone : <br> ("Device-1") model C5133, serial number : <br> 268435462508373649 located at Germantown PD, : <br> 75 N. Walnut Street, Germantown, OH : | CASE NO. 3:15MJ088 |

ORDER SEALING APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Search Warrant and Return for captioned Search Warrant be sealed and kept from public inspection.

__11-17-15__
DATE

__Sharon L. Ovington__
SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE