IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: : <br> Kyocera cellular phone Black Kyocera cellular phone : <br> ("Device-1") model C5133, serial number : <br> 268435462508373649 located at Germantown PD, : <br> 75 N. Walnut Street, Germantown, OH : | CASE NO. 3:15MJ088 |

ORDER SEALING APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Search Warrant and Return for captioned Search Warrant be sealed and kept from public inspection until further Order of the Court, or the expiration of 120 days, whichever comes first.

_June 14, 2016_  
DATE

_____  
SHARON L. OVINGTON  
CHIEF UNITED STATES MAGISTRATE JUDGE